IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In the Matter of the Complaint of
VULCAN MATERIALS COMPANY,
as owner of the Tug CHANCE for Exoneration
from or Limitation of Liability.

Civil Action Number 3:04CV909

**ORDER**

THIS MATTER comes before the Court on Petitioner Vulcan Materials Company's Motion for Summary Judgment, and Claimant Terry Buisset's Motion for Summary Judgment. For the reasons stated in the accompanying Memorandum Opinion, Petitioner's Motion is hereby DENIED and Claimant's Motion is hereby DENIED.

Let the Clerk send a copy of this Order to all parties of record.

It is SO ORDERED.

      /s/ James R. Spencer
    UNITED STATES DISTRICT JUDGE

MAY 10, 2005
DATE